**Denied; Opinion Filed April 8, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00063-CV**

**IN RE HON. KIM COOKS, JUDGE 255TH DISTRICT COURT, DALLAS COUNTY, TEXAS, Relator**

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF10-14998**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Carlyle
Opinion by Justice Myers

Relator's January 28, 2021 petition for writ of mandamus challenges the trial court's order to unseal court records. To be entitled to mandamus relief, relator must demonstrate that the trial court has clearly abused its discretion and that she has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on our review of the petition, real party's response, and the record before us, we conclude that relator has failed to show her entitlement to the relief requested. Accordingly, we deny the petition for writ of mandamus, *see* TEX. R. APP. P. 52.8(a), and we lift our January 28, 2021 stay order.

We are confident that the trial court will ensure that the parties strictly comply with Texas Rule of Civil Procedure 21(c). *See* TEX. R. CIV. P. 21(c) (requiring sensitive data, such as a home address and minor's name, to be redacted from filed documents).

/Lana Myers/
LANA MYERS
JUSTICE

210063F.P05